IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATSY S. BOYD, WHELDON J. BOYD, JR., WAYNE P. BOYD, and ELIZABETH LAGASSE | : : : : | C.A. No. 2:15-cv-00025 JUDGE: JAY C. ZAINEY |
| Plaintiffs | : : | MAGISTRATE: KAREN WELLS ROBY |
| v. | : | |
| THE BOEING COMPANY, *et. al.* | : : | |
| Defendants | : | |

**DEFENDANT THE BOEING COMPANY'S CORPORATE
DISCLOSURE STATEMENT**

COMES NOW Defendant The Boeing Company ("Boeing"), and files this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Boeing is a publicly held Delaware corporation that has no parent corporation. As of December 31, 2012, State Street Corporation, a publicly held company whose subsidiary, State Street Bank and Trust Company, acts as trustee of The Boeing Company Employee Savings Plan Master Trust has a beneficial ownership of 10% or more of the outstanding stock of The Boeing Company.

Respectfully submitted,

**MANION GAYNOR & MANNING, LLP**

*/s/ Glenn L. M. Swetman*_____
Glenn L. M. Swetman (LA Bar No. 21904)
Christopher O. Massenburg (LA Bar No. 26989)
Brandie M. Thibodeaux (LA Bar No. 29344)
365 Canal Street, Suite 3000
New Orleans, Louisiana 70130
Phone: (504) 535-2880
Facsimile: (504) 535-2886
mswetman@mgmlaw.com
cmassenburg@mgmlaw.com
bthibodeaux@mgmlaw.com

Jason A. Cincilla (DE ID No. 4232)
Amaryah K. Bocchino (DE ID No. 4879)
Bryan P. Smith (DE ID No. 5418)
1007 North Orange St., 10th Floor
Phone: (302) 657-2100
jcincilla@mgmlaw.com
abocchino@mgmlaw.com
bsmith@mgmlaw.com

*Attorneys for Defendant,*
*The Boeing Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of January, 2015, a copy of the foregoing Answer to Plaintiffs' Petition for Damages was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Glenn L. M. Swetman*_____
Glenn L. M. Swetman (LA Bar No. 21904)