# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATSY S. BOYD, WHELDON J. BOYD, JR., WAYNE P. BOYD, ELIZABETH LAGASSE | * * * | CIVIL ACTION NO. 15-25 |
| | * | |
| VERSUS | * | JUDGE JAY C. ZAINEY |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KAREN WELLS ROBY |
| BOEING, INC., ET AL | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Motion,

IT IS ORDERED, that plaintiffs' claims against CFM International be and are hereby dismissed, without prejudice, reserving their rights against all other parties.

New Orleans, Louisiana this 15th day of September, 2015.

_____
JUDGE

1