UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATSY S. BOYD, et al                           CIVIL ACTION

VERSUS                                    NO. 15-25

BOEING COMPANY, et al                   SECTION "A"

## ORDER OF RECUSAL

The Court having been informed that the law firm of Deutsch, Kerrigan & Stiles, LLP represents a party in this case, the Court disqualifies itself from this matter pursuant to 28 U.S.C. § 455(a) and § 455(b).

Accordingly, **IT IS ORDERED** that the above captioned case be **RE-ALLOTTED** to another section of this Court.

New Orleans, Louisiana, this 10th day of December 2015.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

12/11/15
REALLOTTED TO
**SECT. I**