UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PATSY S. BOYD ET AL.**                                                                 **CIVIL ACTION**

**VERSUS**                                                                                       **No. 15-25**

**BOEING COMPANY ET AL.**                                                          **SECTION I**

## ORDER

Defendant, General Dynamics Corporation ("General Dynamics"), has filed an unopposed motion[1] seeking permission to join the reply brief filed by co-defendant, Lockheed Martin Corporation ("Lockheed"). General Dynamics seeks to join the reply that Lockheed filed in support of Lockheed and General Dynamic's motion[2] for reconsideration of an order issued by Judge Zainey and motion[3] to strike plaintiffs' amended complaint. Having considered General Dynamics' motion,

**IT IS ORDERED** that the motion for joinder is **GRANTED**.

New Orleans, Louisiana, February 19, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 121.
[2] R. Doc. Nos. 102.
[3] R. Doc. No. 103.