UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATSY BOYD, ET AL.** | * | |
| | * | **CIVIL CASE NO. 2:15-CV-00025** |
| **VERSUS** | * | |
| | * | **JUDGE: LANCE M. AFRICK** |
| **BOEING, INC., ET AL.** | * | |
| | * | **MAG. JUDGE: KAREN WELLS ROBY** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>**NOTICE OF SETTLEMENT OF CLAIMS AGAINST IMO INDUSTRIES, INC.**</u>

**COMES NOW**, Plaintiffs, Patsy S. Boyd, Wheldon J. Boyd, Jr., Wayne P. Boyd, and Elizabeth Lagasse ("Plaintiffs"), who in accordance with Local Rule 16.4, and by the instruction of the Court, respectfully submit this Notice of Settlement, and inform the Court as follows:

1. Plaintiffs have reached an agreement with Defendant, IMO Industries, Inc. ("IMO") to resolve their claims against IMO;

2. Plaintiffs and IMO are in the process of finalizing a confidential settlement agreement, and will be filing a Motion to Dismiss with the Court shortly; and

3. Plaintiffs reserve their rights against all remaining defendants (**THE BOEING COMPANY, EATON AEROQUIP, LLC, GENERAL DYNAMICS, LOCKHEED MARTIN CORPORATION, PARKER-HANNIFIN CORPORATION, TAYLOR-SEIDENBACH, INC., UNITED TECHNOLOGIES CORPORATION** ) in this matter.

1

Respectfully submitted,

By:/s/ *Philip C. Hoffman*
MICKEY P. LANDRY, Bar No. 22817
FRANK J. SWARR, Bar No. 23322
PHILIP C. HOFFMAN, Bar No. 32277
AMANDA J. BALLAY, Bar No. 28630
MATTHEW C. CLARK, Bar No. 31102
LANDRY & SWARR, L.L.C.
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone: (504) 299-1214
Facsimile: (504) 299-1215

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served upon opposing counsel of record this 2nd day of March, 2016, by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

/s/ Philip C. Hoffman